# Commonwealth *v.* Porter, Appellant.

Argued Oct. 19, 1908. Appeal, No. 27, April T., 1909, by defendant, from judgment of O. & T. Allegheny Co., May T., 1908, No. 8, on verdict of guilty in case of Commonwealth v. Charles H. Porter. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Reversed.

OPINION BY MORRISON, J., December 14, 1908:

For the reasons contained in the opinion this day filed in Commonwealth v. George McCloskey, No. 22 of April Term, 1909, ante, p. 621, the first and fourth assignments of error are sustained and the judgment against George H. Porter is reversed and he is discharged without day.